# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | Docket no. 2:10-cr-02-GZS |
| CHARLES D. STERGIOS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## SPEEDY TRIAL ORDER

On April 21, 2010, the Court entered an order granting Defendant's Motion to Sever Count IV (Escape) of the Superseding Indictment for purposes of trial (Docket #50). The Court incorporates the findings made in its Order on Motion to Sever into this Speedy Trial Order. As a result of the severance of Count IV and in order to ensure the Court can impanel an impartial jury for the separate trial of the Count IV charge, it is necessary for the Court to delay trial on Count IV until after the charges contained in Counts I-III of the Superseding Indictment are adjudicated. As a result of all of these findings, and after full consideration of the entire record in this case and all of the relevant factors set forth in 18 U.S.C. § 3161(h)(7)(B), the Court believes that any period of delay caused by the need to conduct a separate jury selection and trial on Count IV should be excluded from calculation under the Speedy Trial Act. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court, on its own motion, can and does find that the ends of justice served by continuing the trial on Count IV until after the adjudication of Counts I-III outweigh the best interests of the public and Defendant in a speedy trial.

It is hereby ORDERED that with respect to Count IV of the Superseding Indictment, the time period between **April 21, 2010** and the next available jury selection date following the

adjudication of Counts I-III is excluded from calculations under the Speedy Trial Act, 18 U.S.C.

§ 3161.

     SO ORDERED.


                   /s/ George Z. Singal
                   United States District Judge

Dated this 23rd day of April, 2010.