UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

UNITED STATES OF AMERICA

    v.                                      Crim. No. 10-2-P-S

CHARLES D. STERGIOS

## ORDER EXCLUDING TIME

Upon consideration of Defendant Charles Stergio's Motion for Exclusion of Time and the entire record in the above-captioned case, the Court makes the following findings of fact and conclusions of law:

1. The case is currently scheduled for trial on June 7, 2010.

2. Defendant has moved for a continuance on the grounds that he needs more time to adequately prepare for trial.

3. The Government does not object to the Motion to Continue

4. Granting this unobjected-to motion for an extension will serve the interests of justice, the interest of the public in conserving judicial, governmental and public resources, and the interests of the Government and the Defendant.  It will do so by allowing the Defendant the time he needs to prepare the case for effective and efficient presentation and a just resolution.  As a result, the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.

        WHEREFORE, IT IS ORDERED that the request for a continuance from June 7, 2010 to July 6, 2010 and associated exclusion of time pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby **GRANTED**.

2. The time period between June 7, 2010 and July 6, 2010 is hereby excluded from calculations under the Speedy Trial Act, Title 18, United States Code, Section 3161.

**/s/ George Z. Singal**
George Z. Singal
U.S. District Judge

Dated at Portland, Maine, this   17th day of May, 2010.