## UNITED STATES DISTRICT COURT
### District of Maine

| | | |
|---|---|---|
| **CHARLES D. STERGIOS,** | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | No. 2:12-cv-00237-GZS |
| | ) | No. 2:10-cr-00002-GZS-1 |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent | ) | |
| | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on May 3, 2013, her Recommended Decision (ECF No. 154).  Movant filed his Objection to the Recommended Decision (ECF No. 155) on May 28, 2013.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. For the reasons stated in the Magistrate Judge's Recommended Decision, no evidentiary hearing or discovery is warranted. Therefore, Movant's Motion to Amend (ECF No. 139) is **DENIED**.

3. It is also **ORDERED** that Movant's Motion for Disclosure and Discovery (ECF No. 136) and Movant's Section 2255 Motion (ECF No. 134) are respectively **DENIED**.

4. It is also **ORDERED** that no certificate of appealability shall be issued pursuant to Rule 11 of the Rules Governing Section 2255 proceedings because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2252(c)(2).

/s/George Z. Singal_____
U.S. District Judge

Dated this 17th day of June, 2013.